UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80122-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUIS ANGEL GOMEZ-CHAVEZ,

    Defendant.
_____/

FILED by ___ D.C.

MAY 05 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on Order of Referral (DE 138), dated March 26, 2008, from United States District Judge Daniel T.K. Hurley for proposed findings and recommended disposition to determine whether Defendant, LUIS ANGEL GOMEZ-CHAVEZ, is financially unable to retain counsel for appeal. Pending before the Court is Defendant's Motion to Appoint Counsel (DE 136), filed February 20, 2008.

On April 28, 2008, the United States Court of Appeals for the Eleventh Circuit granted the Defendant's motion for voluntary dismissal of his appeal with prejudice. A certified copy of the Eleventh Circuit's Order of Dismissal was filed with this Court (DE 140) on May 5, 2008.

### RECOMMENDATION

Based on the Defendant's voluntary dismissal of his appeal with prejudice, this Court RECOMMENDS to the District Court that Defendant's Motion to Appoint Counsel (DE 136) be DENIED as MOOT.

A party shall serve and file written objections, if any, to this Report and

Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served a copy. 28 U.S.C. §636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982), cert. denied, 460 U.S. 1087 (1983).

DONE and RECOMMENDED in Chambers at West Palm Beach in the Southern District of Florida, this ___5___ day of May 2008.

ANN E. VITUNAC
United States Magistrate Judge

Copies:
United States District Judge Daniel T. K. Hurley
All counsel of record