# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80122-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

LUIS ANGEL GOMEZ-CHAVEZ,
    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO APPOINTING APPELLATE COUNSEL AS MOOT

**THIS CAUSE** come before the court upon motion from counsel representing the defendant in the above captioned case to withdraw as counsel of record; for the defendant to be declared indigent for purpose of appeal; and for appointment of appellate counsel. Based on the defendant's voluntary dismissal of his appeal with prejudice, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendations of the United States Magistrate Judge are **adopted.**

2. The motions to appoint Appellate Counsel is **denied as moot**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __8__ day of May, 2008.

Daniel T. K. Hurley
United States District Judge

copy furnished:
Magistrate Judge Ann E. Vitunac
AUSA John C. McMillan, Jr.
Lupe Martinez, Esq.
Robert S. Gershman, Esq.

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts